**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| RHONDA CHEATEM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 20-00381-CV-W-BP |
| ) | |
| LANDMARK REALTY OF MISSOURI, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER REMANDING CASE TO STATE COURT

Dated : 11/12/2020

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk